# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**LAURA LATRIECE LUCKADUE**  **PLAINTIFF**

**V.**  **NO. 4:20CV00015 JM/PSH**

**ANDREW SAUL, COMMISSIONER OF**
**SOCIAL SECURITY ADMINISTRATION**  **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and Plaintiff Laura Latriece Luckadue's Complaint (Doc. No. 2) is DISMISSED with prejudice.

DATED this 8th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE