# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**LAURA LATRIECE LUCKADUE**                                                                 **PLAINTIFF**

V.                              NO. 4:20CV00015 JM/PSH

**ANDREW SAUL, COMMISSIONER OF**
**SOCIAL SECURITY ADMINISTRATION**                                        **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 8th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE